UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DESIGN BASICS, LLC, | § | Case No. 1:17-00449-SJD |
| | § | |
| Plaintiff, | § | District Judge Susan J. Dlott |
| | **§** | Magistrate Judge |
| v. | § | |
| | § | |
| LANDMARK COMMUNITIES, | § | |
| INC., et al., | § | |
| Defendants. | § | |

---

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Pursuant to Fed. R. Civ. Pro. 56, Plaintiff Design Basics, LLC ("DB" or "Plaintif") moves the Honorable Court to enter summary judgment in its favor because DB has shown there are no genuine issues of material fact and that DB is entitled to judgment as a matter of law, as to the following:

1. Plaintiff's *ownership* of valid copyrights in the seven (7) works at issue; and

2. Ten of Defendants' affirmative defenses.

A memorandum in support is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that this Court GRANT its Motion for Partial Summary judgment as set forth above, and for such and other relief as they may be entitled.

Dated:        March 1, 2019        **LEJUNE LAW FIRM**

/s/ **Dana A. LeJune**_____
Dana A. LeJune  (TX 12188250)
Email: dlejune@triallawyers.net
6525 Washington Avenue

Suite 300
Houston, Texas 77007
Telephone:  713.942.9898
Facsimile: 713.942.9899

**SEMRO HENRY & BARGA LTD.**

/s/ **James L. Rogers**
James L. Rogers   (0039743)
Email:  rogers@shslawltd.com
7255 Crossleigh Court
Suite 104
Toledo, Ohio 43617
Telephone: 419.517.7377
Facsimile: 419.517.7378

Attorneys for Design Basics, LLC

<u>**CERTIFICATE OF SERVICE**</u>

A copy of the foregoing Plaintiff's Motion for Partial Summary Judgment was filed electronically and served on March 1, 2019 to all registered parties by operation of the Court's electronic filing system.

/s/ **James L. Rogers**
James L. Rogers (0039743)
Attorneys for Plaintiff
Design Basics, LLC

2